The People of the State of Illinois, Plaintiff-Appellee, *v.* Edward Pierce, Defendant-Appellant.

(No. 57209; )

First District (5th Division)—August 3, 1973.

PER CURIAM.
ENGLISH, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Bernard L. Schwartz, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and John M. Cutrone, Assistant State's Attorneys, and Ricky Petrone, Senior Law Student, of counsel,) for the People.